**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Derek Khanna

                        Plaintiff,

v.                                                      Case No.: 1:21−cv−05752
                                                     Honorable Virginia M. Kendall

Katelynn Banks, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 17, 2023:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: This matter has been reassigned to the calendar of Magistrate Judge Keri Holleb Hotaling. The Court adopts Judge Cox's 8/4/2023 order [dkt. 158]: The Court enters and continues the Motion for Sanctions [dkt. 155], pending the outcome of a settlement conference. However, the third−party CBT verification is still to be filed on or before 8/16/2023, and the response remains due on or before 8/30/2023. The in−person Rule to Show Cause [dkt. 99] hearing remains continued to 9/6/2023 at 10:00 a.m. in Courtroom 1700 (ROOM CHANGE ONLY). Additionally, because the parties are interested in a settlement conference, the Court sets an off−the−record pre−settlement conference telephone call for 8/22/2023 at 11:00 a.m. The counsel that appears for this pre−settlement telephone discussion must be counsel who will represent their respective clients at the conference, or are able to discuss the issues of the case and to schedule the conference on behalf of their clients. The Court expects counsel to discuss issues in the case that may affect the settlement process. Counsel should review Judge Holleb Hotaling's Standing Order on Settlement conferences prior to the call. Call in information is 888−684−8852 and the passcode is 3214701. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.