IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEREK KHANNA, individually and derivatively on behalf of Shimbly Corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>KATELYNN BANKS,  )<br>ISELLMLS.COM, INC. d/b/a CINDY BANKS )<br>TEAM, CINDY BANKS, TONY BANKS,  )<br>PAMELA CARY, RICHARD CARY,  )<br>EIRIK SOMERVILLE, MARYAM HUSSEIN,  )<br>)<br>Defendants, and  )<br>)<br>SHIMBLY CORPORATION, a Delaware  )<br>corporation  )<br>)<br>Nominal Defendant.  )<br>_____)| Case No. 21-cv-5752<br><br>Hon. Judge Virginia M. Kendall<br>Magistrate Judge Keri Holleb-Hotaling<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT

Pursuant to the Court's Order of December 14, 2023 (Doc. No. 185), Plaintiff Derek Khanna, individually and derivatively on behalf of Shimbly Corporation ("Plaintiff"), and Defendants Katelynn Banks, ISELLMLS.COM, INC. d/b/a Cindy Banks Team, Cindy Banks, Tony Banks, Pamela Cary, Richard Cary, Eirik Somerville, and Nominal Defendant Shimbly Corporation (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to herein as "Parties"), by their respective undersigned attorneys, and for their Joint Status Report, state as follows:

1. Plaintiff filed his First Amended Complaint ("FAC") on December 19, 2023. (Doc. No. 186).

2. Pursuant to this Court's Order of January 30, 2024, which granted Defendants' Stipulations to Extend Time To Answer or Otherwise Plead, Defendants have until February 20, 2024 to respond to the FAC. (Doc. Nos. 197, 201, 202).

3. The next status hearing is set for March 27, 2024 at 9:00 a.m. (Doc. No. 202)

1

Dated: February 9, 2024

| | |
|---|---|
| PLAINTIFF DEREK KHANNA | DEFENDANT KATELYNN BANKS<br>DEFENDANT SHIMBLY CORPORATION<br>DEFENDANT ISELLMLS.COM, INC. d/b/a<br>CINDY BANKS TEAM |
| By: _/s/So Young Lee_ | DEFENDANT TONY BANKS<br>DEFENDANT CINDY BANKS |
| So Young Lee<br>ARDC No. 6330012<br>Hillard M. Sterling<br>ARDC No. 6232655 | DEFENDANT EIRIK SOMERVILLE<br><br>By: _/s/ Mitchell J. Edlund_ |
| Roetzel & Andress<br>70 W. Madison St., Suite 3000<br>Chicago, IL 60602<br>hsterling@ralaw.com<br>alee@ralaw.com<br>(312) 580-1200<br>One of Plaintiff's Attorneys | Mitchell J. Edlund (6229190)<br>Christopher S. Hennessy (6237293)<br>Cozen O'Connor<br>123 North Wacker Dr., Suite 1800<br>Chicago, IL 60606<br>medlund@cozen.com<br>(312) 474-7958<br>One of Defendants' Attorneys |

DEFENDANT PAMELA CARY
DEFENDANT RICHARD CARY

By: _/s/ Blake Edwards_

Blake Edwards
John N. Gallo
Gair Gallo Eberhard LLP
1 East Wacker Dr., Suite 2600
Chicago, IL 60601
bedwards@gairgallo.com
jgallo@gairgallo.com
One of Defendants' Attorneys