# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEREK KHANNA, individually and derivatively on behalf of Shimbly Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 21-cv-5752 ) |
| KATELYNN BANKS, ISELLMLS.COM, INC. d/b/a CINDY BANKS TEAM, CINDY BANKS, TONY BANKS, PAMELA CARY, RICHARD CARY, EIRIK SOMERVILLE, MARYAM HUSSEIN, | ) Hon. Judge Virginia M. Kendall ) ) ) Magistrate Judge Keri Holleb-Hotaling ) ) ) |
| Defendants, and | ) ) |
| SHIMBLY CORPORATION, a Delaware Corporation, | ) ) ) |
| Nominal Defendant. | ) ) |

## DEFENDANT KATELYNN BANK'S
## SUPPLEMENTAL STATUS REPORT ON WRITTEN DISCOVERY

Pursuant to the Court's February 16, 2024 Minute Order (Dkt. 206), Defendant, Katelynn Banks ("Banks"), submits this supplemental status report regarding her verification regarding her discovery production in response to Plaintiff's discovery requests.

1. On February 20, 2024, Banks provided to Plaintiff a verification of completeness regarding her production of documents and information responsive to Plaintiff's discovery requests.

Dated: February 20, 2024        **Katelynn Banks**

                                By:      /s/ *Mitchell J. Edlund*
                                    One of her attorneys

Mitchell J. Edlund (6229190)
Corey T. Hickman (6317871)
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone: (312) 474-7900
Facsimile: (312) 382-8910
Email: medlund@cozen.com
       chickman@cozen.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF automated filing system.

                                           /s/ *Mitchell J. Edlund*
                                           Mitchell J. Edlund

LEGAL\68568953\3