# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DEREK KHANNA, individually and derivatively on behalf of Shimbly Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 21-cv-5752<br>) |
| KATELYNN BANKS, ISELLMLS.COM, INC. d/b/a CINDY BANKS TEAM, CINDY BANKS, TONY BANKS, PAMELA CARY, RICHARD CARY, EIRIK SOMERVILLE, MARYAM HUSSEIN, | )<br>) Hon. Judge Virginia M. Kendall<br>) Magistrate Judge Keri Holleb-Hotaling<br>)<br>)<br>) |
| Defendants, and | )<br>) |
| SHIMBLY CORPORATION, a Delaware Corporation, | )<br>)<br>) |
| Nominal Defendant. | )<br>) |

## DEFENDANTS' KATELYNN BANKS, ISELLMLS.COM, INC., CINDY BANKS, TONY BANKS, AND SHIMBLY CORPORATION MOTION TO DISMISS

Defendants', Katelynn Banks, ISellMLS.com, Inc., Cindy Banks, Tony Banks, and Shimbly Corporation, pursuant to Rule 12(b)(6) and Rule 23.1 of the Federal Rules of Civil Procedure, hereby move to dismiss all claims asserted against them in Plaintiff's First Amended Verified Complaint. In support of their motion, Defendants submit their Memorandum of Law, which is fully incorporated by reference herein.

**WHEREFORE**, Defendants, Katelynn Banks, ISellMLS.com, Inc., Cindy Banks, Tony Banks, and Shimbly Corporation, respectfully request that this Court grant the instant Motion and dismiss all claims asserted against them in the First Amended Verified Complaint, and grant such other and further relief that the Court deems just and proper.

2

Dated: February 20, 2024        **Katelynn Banks, ISellMLS.com, Inc., Cindy Banks, Tony Banks, and Shimbly Corporation**

By: /s/ *Mitchell J. Edlund*
       One of their attorneys

Mitchell J. Edlund (6229190)
Corey T. Hickman (6317871)
COZEN O'CONNOR
123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
Telephone: (312) 474-7900
Facsimile: (312) 382-8910
Email: medlund@cozen.com
          chickman@cozen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF automated filing system.

       /s/ *Mitchell J. Edlund*
       Mitchell J. Edlund

LEGAL\68612426\5