# EXHIBIT A



# Delaware

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "SHIMBLY CORPORATION", WAS RECEIVED AND FILED IN THIS OFFICE THE TWENTY-SECOND DAY OF JANUARY, A.D. 2020.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME INOPERATIVE AND VOID THE FIRST DAY OF MARCH, A.D. 2022 FOR NON-PAYMENT OF TAXES.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION WAS SO PROCLAIMED IN ACCORDANCE WITH THE PROVISIONS OF GENERAL CORPORATION LAW OF THE STATE OF DELAWARE ON THE FIFTEENTH DAY OF JUNE, A.D. 2022 THE SAME HAVING BEEN REPORTED TO THE GOVERNOR AS HAVING NEGLECTED OR REFUSED TO PAY THEIR ANNUAL TAXES.*



Jeffrey W. Bullock, Secretary of State

7812743  8400
SR# 20240582710

Authentication: 202843532
Date: 02-20-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 7812743 | Incorporation Date / Formation Date: | 1/22/2020 (mm/dd/yyyy) |
| Entity Name: | SHIMBLY CORPORATION | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | **State:** |
| Status: | **Void, AR's or Tax Delinquent** | Status Date: | **3/1/2022** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: $ | **964.02** |
| Annual Tax Assessment: | $ **250** | Total Authorized Shares: | **9000** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | **LEGALINC CORPORATE SERVICES INC.** |
| Address: | **651 N BROAD ST SUITE 201** |
| City: | **MIDDLETOWN** |
| County: | New Castle |
| State: | **DE** |
| Postal Code: | **19709** |
| Phone: | 302-894-8922 |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| **1** | **Stock Corporation** | **1** | **1/22/2020** | **3:51 PM** | **1/22/2020** |

[Back to Entity Search] [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov