IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEREK KHANNA, individually and derivatively on behalf of Shimbly Corporation, <br><br> Plaintiff, <br><br> v. <br><br><br> KATELYNN BANKS, *et al.*, <br><br> Defendants. <br>_____ | ) <br> ) <br> ) <br> ) <br> ) Case No. 21-cv-5752 <br> ) <br> ) Hon. Judge Virginia M. Kendall <br> ) Magistrate Judge Keri Holleb- <br> )                 Hotaling <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel submits the following notice of withdrawal of counsel for Plaintiff Derek Khanna, individually and derivatively on behalf of Shimbly Corporation, pursuant to Northern District of Illinois Local Rule 83.17. Attorney So Young Lee no longer represents Plaintiff effective September 27, 2024, and now should hereby be withdrawn as counsel of record. Hillard Sterling with the law firm of Roetzel & Andress, LPA shall remain as counsel for Plaintiff, Derek Khanna, individually and derivatively on behalf of Shimbly Corporation.

Date:   September 27, 2024                              DEREK KHANNA, individually and
                                                        derivatively on behalf of Shimbly
                                                        Corporation


*/s/ Hillard Sterling*                                  */s/ So Young Lee*
Hillard Sterling (6232655)                              So Young Lee (6330012)
ROETZEL & ANDRESS, LPA                                  ROETZEL & ANDRESS, LPA
70 W. Madison Street, Suite 3000                        70 W. Madison Street, Suite 3000
Chicago, IL  60602                                      Chicago, IL  60602
Telephone: 312.580.1200                                 Telephone: 312.580.1200

2

**CERTIFICATE OF SERVICE**

      I certify that on this 27th day of September, 2024, I electronically filed the attached Notice of Substitution of Counsel Within the Same Firm with the Clerk of the Court using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all counsel of record.

                          */s/ So Young Lee*