**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Derek Khanna
                Plaintiff,

v.                                         Case No.: 1:21−cv−05752
                                            Honorable Virginia M. Kendall

Katelynn Banks, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 6, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Attorneys Hillard Sterling and Andrew Clott's Motion to Withdraw and to substitute Attorney Ryan McLane to represent Plaintiff [278] is granted. Motion hearing set for 1/8/2025 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.