IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEREK KHANNA, individually and derivatively on behalf of Shimbly Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 21-cv-5752 ) |
| KATELYNN BANKS, ISELLMLS.COM, INC. d/b/a CINDY BANKS TEAM, CINDY BANKS, TONY BANKS, EIRIK SOMERVILLE, MARYAM HUSSEIN RICHARD CARY and PAMELA CARY, | ) ) ) ) Hon. Judge Virginia M. Kendall ) Magistrate Judge ) Keri Holleb-Hotaling ) |
| Defendants, and | ) ) |
| SHIMBLY CORPORATION, a Delaware corporation | ) ) ) |
| Nominal Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Derek Khanna ("Plaintiff" or "Khanna"), by and through his undersigned counsel, moves this Court to dismiss, under Fed. R. Civ. P. 41(a)(2), *without prejudice*, his claims against Richard Cary and Pamela Cary.

Plaintiff, by his attorney,

  /s/ Ryan P. McLane
Ryan P. McLane, Esq.
McLane & McLane, LLC
269 South Westfield Street
Feeding Hills, MA 01030
Ph. (413) 789-7771
Fax (413) 789-7731
E-mail: ryan@mclanelaw.com