**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Derek Khanna
                        Plaintiff,

v.                                                            Case No.: 1:21−cv−05752
                                                                Honorable Virginia M. Kendall

Katelynn Banks, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion for Voluntary Dismissal of Richard Cary and Pamela Cary [291] is granted. Richard Cary and Pamela Cary are hereby dismissed without prejudice pursuant to Motion for Voluntary Dismissal [291] and Federal Rule of Civil Procedure 41(a)(2). Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.