**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Derek Khanna
                         Plaintiff,

v.                                                   Case No.: 1:21−cv−05752
                                                                  Honorable Virginia M. Kendall

Katelynn Banks, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 14, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 4/14/2025 in person and via Webex. Counsel for Richard Cary and Pamela Cary's oral motion to have claims dismissed with prejudice is granted. Minute Entry [293] is amended as follows: Richard Cary and Pamela Cary are hereby dismissed with prejudice. End of Fact Discovery is Ordered closed on 6/13/2025. Expert Discovery Ordered closed by 8/1/2025. Dispositive Motions shall be filed on or before 8/29/2025. Responses due by 9/26/2025; Replies due by 10/10/2025. Defendants' Motion for extension of time to file Responses to Second Amended Complaint [294] is granted. Responsive Briefs shall be filed by 5/2/2025.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.