# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Derek Khanna
                    Plaintiff,

v.                                           Case No.: 1:21−cv−05752
                                                        Honorable Virginia M. Kendall

Katelynn Banks, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Telephonic motion hearing held on 9/24/2025 on Plaintiff's motion to compel [Dkt. 331]. In order to assist the Court in its ruling, the Court will conduct an in camera inspection of a selection of documents from the privilege log as follows: Document Nos. 29, 38, 64, 95, 108, 135, 141, 183, 228. These documents shall be produced in camera to the Court (Chambers_HollebHotaling@ilnd.uscourts.gov) by close of business 9/29/2025 (or sooner). Out of an abundance of caution, and in the hopes that the Court can quickly rule on the motion before the parties' depositions, the Court hereby sets a telephonic ruling on Plaintiff's motion to compel [Dkt. 331] on 10/1/2025 at 9:00 a.m. The Court will reset this date if it is unable to rule so quickly after receiving the in camera documents. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.