# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Derek Khanna

                     Plaintiff,

v.                                              Case No.: 1:21−cv−05752
                                                     Honorable Virginia M. Kendall

Katelynn Banks, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of the parties' joint status report [Dkt. 341]. Fact discovery is now closed. The Court adopts the following proposed expert discovery schedule: Plaintiff to disclose his experts by 12/15/2025; Plaintiff's experts to be deposed by 1/20/2026. (Defendant does not plan to disclose any experts.) The parties are to file an updated joint status report on 1/21/2026 confirming that expert discovery is complete. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.