## Jason DeVore

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Wednesday, November 5, 2025 3:22 PM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-05752 Khanna v. Banks et al text entry |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

## Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.4)

## Notice of Electronic Filing

The following transaction was entered on 11/5/2025 at 3:21 PM CST and filed on 11/5/2025

**Case Name:** Khanna v. Banks et al
**Case Number:** 1:21-cv-05752
**Filer:**
**Document Number:** 342

**Docket Text:**
**MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of the parties' joint status report [Dkt. 341]. Fact discovery is now closed. The Court adopts the following proposed expert discovery schedule: Plaintiff to disclose his experts by 12/15/2025; Plaintiff's experts to be deposed by 1/20/2026. (Defendant does not plan to disclose any experts.) The parties are to file an updated joint status report on 1/21/2026 confirming that expert discovery is complete. (rbf, )**


**1:21-cv-05752 Notice has been electronically mailed to:**

Christopher Sean Hennessy    aburke@cozen.com, chennessy@cozen.com, kpink@cozen.com

Troy S. Radunsky    jdevore@devoreradunsky.com, service@devoreradunsky.com, lawclerks@devoreradunsky.com, tradunsky@devoreradunsky.com, zstillman@devoreradunsky.com

Mitchell J. Edlund     aburke@cozen.com, medlund@cozen.com, mitchell-edlund-9666@ecf.pacerpro.com

Thomas Charles Koessl     koessl@wbs-law.com, supportdocs@wbs-law.com

Ryan McLane     ryan@mclanelaw.com

Jason Edward DeVore     jdevore@devoreradunsky.com, service@devoreradunsky.com, lawclerks@devoreradunsky.com, jjohnson@devoreradunsky.com, tradunsky@devoreradunsky.com

Todd Eric Wallace     todd@twallacelaw.com

Corey Thomas Hickman     chickman@cozen.com, aburke@cozen.com, corey-hickman-9667@ecf.pacerpro.com

**1:21-cv-05752 Notice has been delivered by other means to:**