# Jason DeVore

| | |
|---|---|
| **From:** | Troy Radunsky |
| **Sent:** | Wednesday, December 17, 2025 11:13 AM |
| **To:** | Ryan McLane |
| **Cc:** | Jason DeVore |
| **Subject:** | RE: Khanna v. Banks \| FW: Expert Witness |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Ryan,

Is this your full disclosure? This doesn't meet the requirements of Rule 26(a)(2)(B)(i-vi). Please advise immediately.



**Troy S. Radunsky**
Managing Partner

**DeVore Radunsky LLC**
230 W. Monroe Street, Ste. 230, Chicago, IL 60606
D: (312) 300-4484 | C: (312) 968-7837
tradunsky@devoreradunsky.com
*Recognized by Super Lawyers®*

**From:** Ryan McLane <ryan@mclanelaw.com>
**Sent:** Monday, December 15, 2025 5:17 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Alexa Walker <alexa@mclanelaw.com>
**Subject:** Expert Witness

Hello,

This email serves to notify you that Plaintiff hereby designates Stan Smith, PhD, of the Smith Economics Group as a testifying expert witness. Mr. Smith is expected to offer opinions concerning the valuation of Shimbly and the economic damages suffered by Plaintiff. His CV can be found here: https://www.smitheconomics.com/wp-content/uploads/2025/11/Stan-Smith-CV-1.pdf

Please let me know if you wish to schedule his deposition.

-Ryan