# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Derek Khanna

                        Plaintiff,

v.                                                                Case No.: 1:21−cv−05752
                                                                           Honorable Virginia M. Kendall

Katelynn Banks, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, January 26, 2026:

     MINUTE entry before the Honorable Keri L. Holleb Hotaling: Defendants' motion to bar Plaintiff's "retained" expert witness Stan Smith [Dkt. 343] is GRANTED. Memorandum Opinion and Order to Enter separately. With this ruling, the Court believes expert discovery is complete. Therefore, the Court schedules a final telephonic status conference and motion hearing on February 3, 2026 at 2:45 p.m. CT. The call in information is 855 244−8681, and the participant access code is 2315 0911 461#. The Court will discuss with the parties the outstanding discovery−related motions at the hearing, and whether there is any possibility of settlement at this juncture before it closes its referrals.(rbf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.